AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| REED, Jr., Lowell A. | U.S. District Court | 05/11/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior District Judge - | Nomination, Date<br>Initial  ☐  Annual ☑  Final ☐<br>5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto. it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 4001 US Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | Reviewing Officer_____  _____  Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Reed Jr., Lowell A.

| Name of Person Reporting | Date of Report |
|---|---|
| REED, Jr., Lowell A. | 05/11/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2/09 | Trustee, Testamentary Trust, Trustees commissions. (See VIII). |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REED, Jr., Lowell A. | 05/11/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REED, Jr., Lowell A. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank | A | Interest | J | T | | | | | |
| 2. Nicholas Fund IRA | A | Dividend | L | T | | | | | |
| 3. Janus Fund IRA | A | Dividend | K | T | | | | | |
| 4. Vanguard PA Tax Free | A | Dividend | L | T | | | | | |
| 5. Vanguard Intermediate Bond Fund | C | Dividend | L | T | | | | | |
| 6. Vanguard Windsor Fund IRA | A | Dividend | J | T | | 03/19/09 | J | | Total Bond Market Index |
| 7. PP&L Common | B | Dividend | K | T | | | | | |
| 8. IBM Common | A | Dividend | J | T | | | | | |
| 9. Vanguard Prime MM IRA | C | Interest | M | T | | | | | |
| 10. Vanguard Wellington IRA | B | Dividend | L | T | | | | | |
| 11. Vanguard PA Tax Free MM | B | Dividend | M | T | | | | | |
| 12. Vanguard Windsor IRA | B | Dividend | K | T | | 03/19/09 | K | | Total Bond Market Index |
| 13. Index 500 - Vanguard- IRA | A | Dividend | K | T | | | | | |
| 14. Vanguard Index Trust - Extended market IRA | A | Dividend | K | T | | | | | |
| 15. Equity Income Fund - Vanguard IRA | A | Dividend | J | T | | 03/19/09 | J | | Total Bond Market Index |
| 16. Brokerage #1 IRA (17-28) | | | | | | | | | |
| 17. --Money Market, Wachovia now,Wells Fargo | A | Interest | J | T | | | | | |

1. Income Gain Codes:    A  $1,000 or less    B –$1,001 - $2,500    C =$2,501 - $5,000    D –$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F –$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 –More than $5,000,000
2. Value Codes    J –$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4  More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| REED, Jr., Lowell A. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Goldman Sachs Bond | A | Interest | K | T | Buy | 01/20/09 | K | | |
| 19. --American Express, Centurion Bank | A | Interest | K | T | Buy | 07/07/09 | K | | |
| 20. --World Savings Bank, Houston, TX CD | B | Interest | | | Redeemed | 07/06/09 | K | | |
| 21. --Columbus Bank & Trust Co. | A | Interest | K | T | Buy | 07/15/09 | K | | |
| 22. --Western Bank, Mayagues, PR CD | B | Interest | K | T | | | | | |
| 23. --E Trade Bank CD (IRA) | B | Interest | | | Redeemed | 01/16/09 | K | | |
| 24. --GMAC Bank CD (IRA) | B | Interest | K | T | | | | | |
| 25. --Advanta Bank Corp CD (IRA) | A | Interest | K | T | | | | | |
| 26. --GE Capital Fund, Inc. CD (IRA) | A | Interest | | | Redeemed | 09/25/09 | K | | |
| 27. --State Bank of India CD IRA | A | Interest | K | T | | | | | |
| 28. --Goldman Sachs Group Bond (IRA) | A | Interest | J | T | | | | | |
| 29. Ex-Cell Energy Common | A | Dividend | J | T | | | | | |
| 30. Wellington - The Vanguard Group | B | Dividend | K | T | | | | | |
| 31. Vanguard Convertible Bond Fund | A | Dividend | J | T | | | | | |
| 32. Vanguard Tax Managed Bal Fund | A | Dividend | J | T | | | | | |
| 33. Vanguard Total Bond Fund IRA | A | Dividend | J | T | Buy | 03/19/09 | J | | |
| 34. Vanguard Total Bond Fund IRA | B | Dividend | K | T | Buy | 03/19/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REED, Jr., Lowell A. | 05/11/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Explanation For Section III B:

[          ] non-investment income is paid to her as a commission as one of three trustees; she is not a beneficiary of the trust, either as to income or distribution of corpus. This is a private testamentary trust in which [        ] has no property interest now or as a remainder man. The corpus of the trust never was and never will be derived from the assets, income or activities of the filer or [          ] The filer cannot expect to derive a benefit from the trust income or corpus. The service of [        ] as a trustee, and commissions earned are the sole financial interest and responsibility of [          ] Neither the filer nor [          ] has filed any [      ] tax return with the trust and the filer has no actual knowledge of the property or corpus of the trust. [          ] annual commission is based upon a formula which includes inter alia, the level of profitability of the trust property.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544